22 F.3d 303
 U.S., Karr (Captain Jon T.)
v.
Carper (Hon. Thomas R.), Governor of Delaware, Episcopo
(Major General Arthur), Adjutant General of Delaware,
Trivits (Brigadier General Oscar E.), Assistant Adjutant
General for Army, Quattro (Colonel Anthony J.), Chief of
Staff for Army, Cochran (Lieutenant Colonel Norman V.),
Deputy Director of Personnel for Army, Department of
Military Affairs, State of Delaware
 NO. 93-7410
 United States Court of Appeals,
Third Circuit.
 Mar 08, 1994
 
 Appeal From: D.Del.,
 Schwartz, J.,
 
 768 F.Supp. 1087
 
 1
 AFFIRMED.